**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DONNA P. BECKNAULD,

          Petitioner

          v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF AGRICULTURE,

          Respondent

:  No. 78 MAL 2017
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.